```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILMINGTON TRUST, NATIONAL               :    21cv2495 (DLC)
ASSOCIATION,                             :
                                         :    AMENDED ORDER OF
                            Plaintiff,   :     DISCONTINUANCE
              -v-                        :
                                         :
STEAK N SHAKE INC. (F/K/A STEAK N        :
SHAKE OPERATIONS, INC.),                 :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 14, 2022 and upon notification that the above-captioned case had settled, an Order of Discontinuance was issued, dismissing the case without prejudice and with leave to restore the action if an application was made by May 16.  Upon applications by the parties, five temporary restorations of the action have been granted.  On July 6, the parties provided a firm deadline of July 20 for their settlement and seek to restore the action for a sixth and final time.  It is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to

restore the action is made by **July 22, 2022**. On July 22, 2022, this case shall be dismissed with prejudice.

Dated:    New York, New York
         July 7, 2022

                                        _____
                                        DENISE COTE
                                        United States District Judge